

# Fourth Court of Appeals
## San Antonio, Texas

July 28, 2016

No. 04-16-00327-CV

Maxine **ADAMS** and Cecil Adams,
Appellants

v.

Christopher **PRINE**,
Appellee

From the 269th District Court, Harris County, Texas
Trial Court No. 2014-35653-a
Honorable Dan Hinde, Judge Presiding

## O R D E R

Appellants' motion for extension of time and request for copy of supplemental record is GRANTED. The clerk of the court is directed to provide the appellants a CD-ROM containing an electronic copy of the supplemental records filed on June 27, 2016. Appellant's brief must be filed no later than ten days from the date of this order.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of July, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court